JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 14-5907 PA(Ex) |
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| MARTIN R. CASILLAS, d/b/a MACA WOOD, | |
| Defendant. | |

In accordance with this Court's January 21, 2015 Minute Order granting the Motion for Default Judgment filed by plaintiff United States of America ("Plaintiff") against defendant Martin R. Casillas, doing business as Maca Wood ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that upon receiving actual notice of this Judgment and Permanent Injunction:

1   Pursuant to 26 U.S.C. § 7402, the Court issues this Judgment and
2   Permanent Injunction.  Defendant is permanently enjoined as follows:
3         (1)   Defendant Martin R. Casillas, d/b/a Maca Wood, (individually and
4   doing business as Maca Wood, or under any other name, or using any entity)
5   and Defendant's representatives, agents, servants, employees, attorneys,
6   successors in interest and assigns, and anyone in active concert or
7   participation with them, are prohibited from failing to withhold and pay over
8   to the IRS all employment taxes, including federal income and FICA taxes,
9   required by law;
10        (2)   Defendant Martin R. Casillas, d/b/a Maca Wood, is ordered to
11  segregate and hold separate and apart from all other funds all monies
12  withheld from employees or collected from others for taxes under any
13  internal revenue laws of the United States, and to deposit the monies so
14  withheld and collected, as well as the employer's share of FICA taxes, in an
15  appropriate federal depository bank in accordance with the federal deposit
16  regulations;
17        (3)   Defendant Martin R. Casillas, d/b/a Maca Wood, is ordered to
18  deposit FUTA taxes in an appropriate federal depository bank each quarter
19  in accordance with the federal deposit regulations;
20        (4)   Defendant Martin R. Casillas, d/b/a Maca Wood, and any other
21  individuals at his business, regardless of what name or what entity under
22  which such business is operating, who are responsible for carrying out the
23  duties established in paragraphs (2) and (3) above are ordered, for a period of
24  five years from the date of this judgment, to sign and deliver affidavits to B.
25  Huerta, the assigned IRS revenue officer, at 222 No. Sepulveda, Suite 800,
26  El Segundo, California, 90245, or to such other specific location as the IRS
27  may deem appropriate, no later than the twentieth day of each month,
28

stating that the requisite withheld income, FICA, and FUTA tax deposits were timely made;

(5) Defendant Martin R. Casillas, d/b/a Maca Wood, and any entity under which Defendant may be operating a business, is ordered to timely file all Forms 940 and 941 unemployment and employment tax returns with Revenue Officer Huerta or at such other specific location as the IRS may deem appropriate;

(6) Defendant Martin R. Casillas, d/b/a Maca Wood, and any entity under which Defendant may be operating a business, is ordered to timely pay all required outstanding liabilities due on each tax return required to be filed;

(7) Defendant Martin R. Casillas, d/b/a Maca Wood, and any entity under which Defendant may be operating a business, and their representatives, agents, servants, employees, attorneys, successors in interest and assigns, and anyone in active concert or participation with them, are ordered in the event all required outstanding liabilities due on each tax return required to be filed going forward from the date of this Judgment and Permanent Injunction are not timely paid, from assigning any property or rights to property or making any disbursements before paying the delinquent federal employment and unemployment taxes due for a given payroll period; and

(8) Defendant Martin R. Casillas, d/b/a Maca Wood, is ordered to notify Revenue Officer Huerta (or such other person as directed by the IRS) in the future of any new company he may come to own, manage, or work for in the next five years;

(9) Defendant Martin R. Casillas, d/b/a Maca Wood, is ordered to deliver to all of his current employees, and any former employees employed

by defendant at any time since April 1, 2004, a copy of this Judgment and Permanent Injunction; and

(10) Defendant Martin R. Casillas, d/b/a Maca Wood, is ordered to post and keep posted for five years in one or more conspicuous places on his business premises, and the business premises of any entity used by Defendant Martin R. Casillas, d/b/a Maca Wood, to operate a business, where notices to employees are customarily posted, a copy of this this Judgment and Permanent Injunction.

The Court retains jurisdiction over this case to ensure compliance with this Permanent Injunction, and the United States is authorized to take post-judgment discovery to ensure compliance.

IT IS SO ORDERED.

Date: January 21, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE